IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00705-BNB

JAMIE WILLIAMS,

    Plaintiff,

v.

WARDEN CHARLES DANIELS, and
CAPTAIN SNIDER,

    Defendants.

ORDER ASSIGNING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(1), the case will be assigned to Judge Raymond P. Moore and to Magistrate Judge Craig B. Shaffer. Accordingly, it is

ORDERED that this case shall be assigned to Judge Raymond P. Moore and to Magistrate Judge Craig B. Shaffer pursuant to D.C.COLO.LCivR 40.1(c)(1).

DATED April 10, 2014, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge