IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00705-CBS

JAMIE WILLIAMS,

    Plaintiff,

v.

WARDEN CHARLES DANIELS, and
CAPTAIN SNIDER,

    Defendants.

---

## FINAL JUDGMENT

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order entered by the Honorable Craig B. Shaffer on October 14, 2014,  incorporated herein by reference, it is

    ORDERED that Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. #21) (filed on May 21, 2012) is GRANTED and the Complaint is dismissed without prejudice for failure to state a claim to which relief can be granted, based upon qualified immunity.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, Warden Charles Daniels and Captain Snider, and against Plaintiff, Jamie Williams.

    DATED at Denver, Colorado this   14th   day of October, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N, Marble
N. Marble,
Deputy Clerk